394 A.2d 623

Kocher, Appellant, v. Nallon et ux.

Argued June 16, 1978. Edward E. Hosey, with him Joseph V. Kasper, for appellant; B. Todd Maguire, for appellees.

Judgment affirmed.